UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APRIL DUDLEY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-102 |
| | § | |
| SPECIALIZED LOAN SERVICING, LLC, *et al* | § § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendants' Motion for Summary Judgment (Doc. No. 13), and Judge Stacy's Memorandum and Recommendation (Doc. No. 16) that the Court grant the Defendants' Motion for Summary Judgment. Plaintiff April Dudley neither responded to the motion for summary judgment nor did she timely object to the Memorandum and Recommendation.

Upon review, the Court agrees with the Magistrate Judge's conclusion that summary judgment is warranted in Defendants' favor on both Plaintiff's claims and Defendants' counterclaims. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 16) is **ADOPTED**, with the exception of the date the lawsuit was filed. The Court notes that the filing date was December 28, 2018. Defendants' Motion for Summary Judgment (Doc. No. 13) is **GRANTED**. It is further

**ORDERED** that Defendants are awarded attorneys' fees in the amount of $9,391.46.

Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of Final Judgment.

SIGNED at Houston, Texas, this ____10th____ day of December 2019.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE